# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS  78711-2547
(512) 463-1733


Date:            August 9, 2013

Case Numbers:  03-13-00481-CV & 03-13-00506-CV
Trial Court No.: D-1-GN-12-001729

Style:           In re David Lauer

---

The enclosed opinion was sent this date to the following persons:


The Honorable Rhonda Hurley
District Judge, 98th District Court
Travis County Courthouse
P.O. 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

Mr. David Lauer
Inmate No. 1069082
Alfred D. Hughes Unit
Route 2, Box 4400
Gatesville, TX 76597

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX  78626
* DELIVERED VIA E-MAIL *

The Honorable David A. Escamilla
County Attorney
Travis County
P. O. Box 1748
Austin, TX  78767-1748

The Honorable Rosemary Lehmberg
District Attorney
Travis County Courthouse
P. O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

The Honorable Amalia Rodriguez-Mendoza
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *